AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States States District Court
Southern District of Texas
FILED

OCT 29 2018

David J. Bradley, Clerk

United States of America
v.

Roberto Sanchez, Jr.
YOB: 1999  CITIZENSHIP: United States

*Defendant(s)*

Case No. M-18-2212-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 27, 2018 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | -did knowingly and intentionally possess with the intent to distribute approximately 6.0 kilograms of methamphetamine, a Schedule II controlled substance. |
| 21 U.S.C § 952 | -did knowingly and intentionally import with the intent to distribute approximately 6.0 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved

*Complainant's signature*

Janet Dougherty, U.S. H.S.I. Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 29, 2018  8:31 a.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

Attachment A

On October 27, 2018, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO), at the Hidalgo, Texas Port of Entry, in reference to the seizure of approximately 6.0 kg of methamphetamine, which was found in the trunk compartment of a vehicle making entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Roberto SANCHEZ JR.

CBP Officer G. Garcia stated the vehicle, driven by SANCHEZ JR., arrived at the primary inspection lane at approximately 7:07 PM. CBP Officer Garcia stated SANCHEZ JR. stated he drove from Houston, Texas to Reynosa, Mexico that same day and was in Reynosa, Mexico for only a couple of hours working with his cousin before returning to Houston, Texas. CBP Canine Officer A. Meza and his canine were working near the primary inspection lane. CBP Officer Meza advised CBP Officer Garcia his canine alerted to the odor of narcotics near the trunk area of the vehicle. CBP Officer Garcia referred the vehicle to the secondary inspection lanes. Once at the secondary inspection lanes, CBP Officers located a box in the trunk holding six milk cartons containing a liquid, field testing positive for characteristics of methamphetamine.

HSI McAllen Special Agent and HSI Task Force Officer responded to assist in the investigation. During a search of a cellular phone found by CBP Officers in SANCHEZ JR.'s possession, videos, images, and text messages consistent with drug smuggling activities were found within the phone.